**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE, | ) | |
| *by and through next friend* | ) | |
| Loretta Bourbon, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00016-JAR |
| | ) | |
| MISSOURI DEPARTMENT OF | ) | |
| SOCIAL SERVICES, CHILDREN'S | ) | |
| DIVISION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIAL JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is dismissed in part

without prejudice as follows:

1. On Count I, the action is dismissed without prejudice as to Defendant Children's Division and Defendants Miller, Honea, Rueweler-Pogue, Pogue, and Shaw in their official capacities and as to Defendants Honea, Rueweler-Pogue, and Pogue in their individual capacities.

2. On Count II, the action is dismissed without prejudice as to all Defendants.

3. On Count III, the action is dismissed without prejudice as to Defendant Children's Division and Defendants Miller, Honea, Rueweler-Pogue, Pogue, and Shaw in their official capacities and as to Defendants Miller, Rueweler-Pogue, Pogue, and Shaw in their individual capacities.

4.  On Count IV, the action is dismissed without prejudice as to Defendants Miller, Honea, Rueweler-Pogue, Pogue, and Shaw.

5.  On Count V, the action is dismissed without prejudice as to all Defendants.


Dated this 7th day of August, 2026.

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**