**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE,<br>*by and through next friend*<br>Loretta Bourbon,<br><br>Plaintiff,<br>v.<br><br>MISSOURI DEPARTMENT OF SOCIAL SERVICES, CHILDREN'S DIVISION, *et al.*,<br><br>Defendants. | ) | Case No. 4:26-cv-00016-JAR |

**DEFENDANTS' CERTIFICATE OF SERVICE**

The undersigned certifies that on October 15, 2026, a true and accurate copy of Defendants' Fed. R. Civ. P. 26 initial disclosures were e-mailed to Plaintiff's counsel, Jacob M. Chinnery, at the following address:

Jacob M. Chinnery
Jchinnery@molaw.org

Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Fransua Estrada Robles*

Fransua Estrada Robles, #77614 (MO)
Assistant Attorney General
221 West High Street
Jefferson City, MO 65101
Phone: (573) 751-8455
Email: Fransua.Estrada@ago.mo.gov
*Attorney for Defendants*